Willwerth, Appellant, *v.* Dunlap.

Argued November 14, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*M. R. Eaby,* with him *Eaby & Eaby,* for appellants.

*Charles R. Cooper, Jr.,* with him *Louis S. May, Barley, Snyder, Cooper & Mueller,* for appellees.

OPINION PER CURIAM, January 6, 1958:

The chancellor's findings of fact are supported by the evidence, and, having been confirmed by the court en banc on exceptions, have the weight of a jury's verdict. The conclusions of law which the chancellor correctly applied to the established facts, fully justify the final decree entered.

Decree affirmed at appellants' costs.